## FLAGG *v.* SISSON, superintendent.

ATKINSON, J.   On the trial of the habeas-corpus proceeding in the court
below, it was shown that the detention of the person whose liberty was
restrained was by authority of a judgment of the city court, founded
upon a plea of guilty to an accusation charging him with a misde-
meanor. The jurisdiction of the court was not questioned. The judg-
ment was final, and the court did not err in refusing to sustain the
application.    *Judgment affirmed. All the Justices concur.*

Submitted April 16,—Decided May 11, 1906.

Habeas corpus.  Before Judge Little.  City court of Sparta.
February 28, 1906.

*T. M. Hunt* and *R. L. Merritt,* for plaintiff.

*R. W. Moore, solicitor,* for defendant.